**William BOLLOUS and Thelma Bollous**

v.

**TOWN OF YORK.**

Supreme Judicial Court of Maine.

June 13, 1979.

McEacher, Winiarski & Thornhill by Dan W. Thornhill, Kittery (orally), for plaintiff.

Sewall, Strater & Hancock by Frank E. Hancock, York (orally), for defendant.

Before McKUSICK, C. J., POMEROY, WERNICK and ARCHIBALD, JJ., and DUFRESNE, A. R. J.

MEMORANDUM OF DECISION.

On this appeal from the injunction entered by the Superior Court against the Town of York, counsel at oral argument informed the court that the litigation between the parties has been settled with agreement for entry of a substitute money judgment in favor of plaintiffs. Since the appeal has thus become moot, the entry must be:

Appeal dismissed.

Costs allowed to plaintiffs.

DELAHANTY, GODFREY and NICHOLS, JJ., did not sit.